■   In the Matter of Bernard B. Spindel, Petitioner, v. Joseph A. Sarafite, as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Motion of respondents to dismiss the petition as a matter of law granted, and the proceeding dismissed upon the merits, with $50 costs and

disbursements to respondents. (*Matter of Saunders* v. *Lupiano*, 30 A D 2d 803.)  Concur — Capozzoli, J. P., McGivern, McNally and Steuer, JJ.